**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

CHRISTOPHER LEE LAVEZZO,

     Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and I.C. SYSTEM, INC.,

     Defendant.

Case No. 2:26-cv-02982

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFDENSES TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers the Complaint ("Complaint") filed by Plaintiff Christopher Lee Lavezzo as follows:

**Preliminary Statement**

1.     In response to paragraph 1 of the Complaint, without conceding whether or not Plaintiff states any viable claim for relief, Experian admits that Plaintiff's Complaint purports to state claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA") and the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et. seq.* ("FDCPA"). Experian denies that it has violated the FCRA or any other statute or law and denies that it is liable to Plaintiff for any alleged damages. As to the allegations in paragraph 1 of the Complaint that pertain to other defendant(s), Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

NAI-1513087083v1

each and every allegation contained therein.

## Jurisdiction and Venue

2.      In response to paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction is proper pursuant to 15 U.S.C. § 1681p and 28 U.S.C. §§ 1331 and 1337. Experian states that this is a legal conclusion which is not subject to admission or denial.

3.      In response to paragraph 3 of the Complaint, Experian admits that Plaintiff has alleged venue is proper pursuant to 28 U.S.C. § 1391(b). Experian states that this is a legal conclusion, which is not subject to denial or admission.

## Parties

4.      In response to paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.      In response to paragraph 5 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.      In response to paragraph 6 of the Complaint, Experian admits that it is a corporation and that it is qualified to do business and conducts business in the Commonwealth of Pennsylvania. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation contained therein

7.      In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.      In response to paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

that basis, denies, generally and specifically, each and every allegation contained therein.

9.      In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10.      In response to paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## Facts

## Purpose of the FCRA

11.      In response to paragraph 11 of the Complaint, Experian admits that the allegations contained therein appear to set forth and/or characterize a portion of the FCRA.  Experian affirmatively states that the FCRA speaks for itself, and, on that basis, denies any allegations of paragraph 6 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

12.      In response to paragraph 12 of the Complaint, Experian admits that the allegations contained therein refer to public records and/or written documents which speak for themselves. To the extent a response is required, Experian denies the allegations to the extent they seek to summarize, mischaracterize, or misquote the contents of those records or documents.

13.      In response to paragraph 13 of the Complaint, Experian admits that the allegations contained therein appear to set forth and/or characterize portion(s) of the FCRA.  Experian affirmatively states that the FCRA speaks for itself, and, on that basis, denies any allegations of paragraph 13 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

14.     In response to paragraph 14 of the Complaint, Experian admits that the allegations contained therein appear to set forth and/or characterize portion(s) of the FCRA.  Experian affirmatively states that the FCRA speaks for itself, and, on that basis, denies any allegations of paragraph 14 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

15.     In response to paragraph 15 of the Complaint, Experian denies that it has violated the FCRA.  As to the remaining allegations in paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### Purpose of the FDCPA

16.     In response to paragraph 16 of the Complaint, Experian admits that the allegations contained therein appear to set forth and/or characterize portion(s) of the FDCPA.  Experian affirmatively states that the FDCPA speaks for itself, and, on that basis, denies any allegations of paragraph 16 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

17.     In response to paragraph 17 of the Complaint, Experian admits that the allegations contained therein appear to set forth and/or characterize portion(s) of the FDCPA.  Experian affirmatively states that the FDCPA speaks for itself, and, on that basis, denies any allegations of paragraph 17 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

18.     In response to paragraph 18 of the Complaint, Experian admits that the allegations contained therein refer to public records and/or written documents which speak for themselves.

To the extent a response is required, Experian denies the allegations to the extent they seek to summarize, mischaracterize, or misquote the contents of those records or documents.

19.     In response to paragraph 19 of the Complaint, Experian admits that the allegations contained therein appear to set forth and/or characterize portion(s) of the FDCPA.  Experian affirmatively states that the FDCPA speaks for itself, and, on that basis, denies any allegations of paragraph 19 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

20.     In response to paragraph 20 of the Complaint, Experian admits that the allegations contained therein appear to set forth and/or characterize portion(s) of the FDCPA.  Experian affirmatively states that the FDCPA speaks for itself, and, on that basis, denies any allegations of paragraph 20 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

### Facts

### Background

21.     In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22.     In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23.     In response to paragraph 23 of the Complaint, Experian denies that it has violated the FCRA.  As to the remaining allegations in paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24. In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25. In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26. In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27. In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28. In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29. In response to paragraph 29 of the Complaint, Experian denies that it has violated the FCRA. As to the remaining allegations in paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30. In response to paragraph 30 of the Complaint, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31. In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32. In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33. In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34. In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35. In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36. In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37. In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39.     In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.     In response to paragraph 40 of the Complaint, Experian denies that it has violated the FCRA.  As to the remaining allegations in paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.     In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.     In response to paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.     In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.     In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein

45. In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46. In response to paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47. In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48. In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49. In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50. In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51. In response to paragraph 51 of the Complaint, Experian admits that the allegations contained therein appear to set forth and/or characterize portion(s) of the FCRA. Experian affirmatively states that the FCRA speaks for itself, and, on that basis, denies any allegations of paragraph 51 inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.     In response to paragraph 52 of the Complaint, Experian admits that the allegations contained therein appear to set forth and/or characterize portion(s) of the FCRA. Experian affirmatively states that the FCRA speaks for itself, and, on that basis, denies any allegations of paragraph 52 inconsistent therewith. Except as specifically admitted, Experian denies each and every remaining allegation that pertains to Experian. As to the allegations of paragraph 52 that pertain to other parties or nonparties, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.     In response to paragraph 53 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the remaining allegations that relate to the other parties or nonparties, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.     In response to paragraph 54 of the Complaint, Experian admits that the allegations contained therein refer to public records and/or written documents which speak for themselves. To the extent a response is required, Experian denies the allegations to the extent they seek to summarize, mischaracterize, or misquote the contents of those records or documents. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the remaining allegations that relate to the other parties or nonparties, Experian is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55.     In response to paragraph 55 of the Complaint, Experian states that Plaintiff's generalized statements present an allegation that is so vague and ambiguous that Experian cannot reasonably formulate a response.  Therefore, Experian is without knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every allegation contained in paragraph 55 of the Complaint.

56.     In response to paragraph 56 of the Complaint, Experian denies that it has violated the FCRA.  As to the remaining allegations in paragraph 56 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.     In response to paragraph 57 of the Complaint, Experian denies that it has violated the FCRA.  As to the remaining allegations in paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.     In response to paragraph 58 of the Complaint, Experian denies that it has violated the FCRA.  As to the remaining allegations in paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein

59.     In response to paragraph 59 of the Complaint, Experian denies, generally and

specifically, each and every allegation contained therein that relates to Experian. As to the remaining allegations that relate to the other defendant(s), Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.     In response to paragraph 60 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the remaining allegations that relate to the other defendant(s), Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.     In response to paragraph 61 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. As to the remaining allegations, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.     In response to paragraph 62 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. As to the remaining allegations that relate to the other defendant(s), Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Count One – Violations of the FCRA**
**Plaintiff v. Experian, Trans Union, and Equifax**

63.     In response to paragraph 63 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses set forth in each of the paragraphs above.

64.     In response to paragraph 64 of the Complaint, Experian admits that it is "person" as defined by 15 U.S.C. § 1681a(b) and a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f). Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.     In response to paragraph 65 of the Complaint, Experian admits, upon information and belief, that Plaintiff is "consumer" as defined by 15 U.S.C. § 1681a(c).  Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.     In response to paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.     In response to paragraph 67 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. As to the remaining allegations that relate to other defendant(s), Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.     In response to paragraph 68 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery

whatsoever from Experian. As to the remaining allegations that relate to other defendant(s), Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Count Two – Violations of the FCRA**
**Plaintiff v. ICS**

69.    In response to paragraph 69 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses set forth in each of the paragraphs above.

70.    In response to paragraph 70 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.    In response to paragraph 71 of the Complaint, Experian admits, upon information and belief, that Plaintiff is "consumer" as defined by 15 U.S.C. § 1681a(c).  Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72.    In response to paragraph 72 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73.    In response to paragraph 73 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.    In response to paragraph 74 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

that basis, denies, generally and specifically, each and every allegation contained therein.

## Count Three – Violations of the FDCPA
### Plaintiff v. ICS

75.    In response to paragraph 75 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses set forth in each of the paragraphs above.

76.    In response to paragraph 76 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77.    In response to paragraph 77 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

78.    In response to paragraph 78 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

79.    In response to paragraph 79 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

80.    In response to paragraph 80 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

81.    In response to paragraph 81 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82.    In response to paragraph 82 of the Complaint, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## PRAYER FOR RELIEF

In response to the Prayer for Relief, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies Plaintiff is entitled to any recovery whatsoever from Experian.

## AFFIRMATIVE AND OTHER DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST DEFENSE

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or any other relief whatsoever from Experian.

## SECOND DEFENSE

Plaintiff's claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

## THIRD DEFENSE

Plaintiff's claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## FOURTH DEFENSE

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff were the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FIFTH DEFENSE

Plaintiff has failed to mitigate Plaintiff's damages.

## SIXTH DEFENSE

The Complaint and each claim for relief therein is barred by the doctrine of laches.

## SEVENTH DEFENSE

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## EIGHTH DEFENSE

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

## NINTH DEFENSE

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the statute of limitations, including but not limited to 15 U.S.C.

§ 1681p.

### TENTH DEFENSE

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

### ELEVENTH DEFENSE

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

### TWELFTH DEFENSE

Experian alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

### THIRTEENTH DEFENSE

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

### FOURTEENTH DEFENSE

Experian hereby gives notice that it intends to rely on any additional affirmative defenses that become available or apparent through discovery and/or the factual development in this case or otherwise, and thus reserves the right to amend its answer to assert such additional defenses.

### PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

1.      That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

2.      For costs of suit and attorneys' fees herein incurred; and

3.      For such other and further relief as this Court may deem just and proper.

Dated: May 28, 2026                      Respectfully submitted,

                                         */s/ Mohammad Ghiasuddin*
                                         Mohammad Ghiasuddin, Esquire (Pa. 83925)
                                         MARGOLIS EDELSTEIN
                                         The Curtis Center
                                         170 S Independence Mall W, Suite 400E
                                         Philadelphia PA  19106-3337
                                         Telephone: 215-931-5802
                                         Facsimile: 215-922-1772
                                         mghiasuddin@margolisedelstein.com

                                         Counsel for Defendant,
                                         EXPERIAN INFORMATION
                                         SOLUTIONS, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

*/s/ Mohammad Ghiasuddin*
Mohammad Ghiasuddin, Esquire (Pa. 83925)
MARGOLIS EDELSTEIN
The Curtis Center
170 S Independence Mall W, Suite 400E
Philadelphia PA  19106-3337
Telephone: 215-931-5802
Facsimile: 215-922-1772
mghiasuddin@margolisedelstein.com

Counsel for Defendant,
EXPERIAN INFORMATION SOLUTIONS, INC.