**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr><td>

**CHRISTOPHER LEE LAVEZZO,**

    **Plaintiff,**

**vs.**

**EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and I.C. SYSTEM, INC.,**

**Defendant.**

</td><td>

**Case No. 2:26-cv-02982**

</td></tr>
</table>

**CORPORATE DISCLOSURE STATEMENT OF**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies pursuant to Fed. R. Civ. P. 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case.   This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.    Experian is a non-governmental corporate entity.

2.    Parent Companies:   The ultimate parent company of Experian is Experian plc.

3.    Subsidiaries Not Wholly Owned:   The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    (a)    Central Source LLC

    (b)    Online Data Exchange LLC

    (c)    New Management Services LLC

    (d)    VantageScore Solutions LLC

    (e)    Opt-Out Services LLC

4.      Publicly Held Companies:  Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.


Dated:  May 28, 2026                    Respectfully submitted,

                                        */s/ Mohammad Ghiasuddin*
                                        Mohammad Ghiasuddin, Esquire (Pa. 83925)
                                        MARGOLIS EDELSTEIN
                                        The Curtis Center
                                        170 S Independence Mall W, Suite 400E
                                        Philadelphia PA  19106-3337
                                        Telephone: 215-931-5802
                                        Facsimile: 215-922-1772
                                        mghiasuddin@margolisedelstein.com

                                        *Counsel for Defendant*
                                        *Experian Information Solutions, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the date stated below, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: May 28, 2026

Respectfully submitted,

*/s/ Mohammad Ghiasuddin*
Mohammad Ghiasuddin, Esquire (Pa. 83925)
MARGOLIS EDELSTEIN
The Curtis Center
170 S Independence Mall W, Suite 400E
Philadelphia PA  19106-3337
Telephone: 215-931-5802
Facsimile: 215-922-1772
mghiasuddin@margolisedelstein.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

- 3 -