**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE LAVEZZO,

:
:
:
V.                                                          :          Civil Action
                                                            :          No: 2:26-cv-02982-JHS
I.C. SYSTEM, INC.,                                          :
et al.,                                                     :

DISCLOSURE STATEMENT FORM

Please check one box:

☑          The nongovernmental corporate party, _I.C. System, Inc._
           , in the above listed civil action does not have any parent corporation and
           publicly held corporation that owns 10% or more of its stock.

☐          The nongovernmental corporate party, _____
           , in the above listed civil action has the following parent corporation(s) and
           publicly held corporation(s) that owns 10% or more of its stock:

           _____
           _____
           _____
           _____


                                        /s/ Joseph C. Proulx
06/01/2026    _____
     Date                                     Signature

                        Counsel for:  I. C. System, Inc.


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
      (a)    WHO MUST FILE; CONTENTS.   A nongovernmental corporate party must file
             two copies of a disclosure statement that:
             (1)    identifies any parent corporation and any publicly held corporation
                    owning10% or more of its stock;  or

             (2)    states that there is no such corporation.

      (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
             (1)    file the disclosure statement with its first appearance, pleading,
                    petition, motion, response, or other request addressed to the court;
                    and
             (2)    promptly file a supplemental statement if any required information
                    changes.