**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

---

CHRISTOPHER LEE LAVEZZO,
          Plaintiff,

    vs.

EQUIFAX INFORMATION SERVICES,
LLC; TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., and
I.C. SYSTEM, INC.;
          Defendants.

CASE NO:  2:26-cv-02982-JHS

---

**DEFENDANT TRANS UNION LLC'S STIPULATION TO EXTEND TIME TO
ANSWER PLAINTIFF'S COMPLAINT**

---

Plaintiffs, Christopher Lee Lavezzo ("Plaintiff"), and Defendant Trans Union, LLC ("Trans Union"), hereby file their Stipulation for Extension of Time for Trans Union to Answer ("Stipulation") and in support state as follows:

1.    TransUnion's responsive pleading is currently due on July 6, 2026.

2.    Plaintiff and TransUnion are still engaged in case-resolution negotiations and an informal exchange of documents to facilitate settlement discussions.

3.    This is TransUnion's first extension of time and the requested extension of 21 days to July 27, 2026 will not prejudice the parties or the Court's schedule.

4.    Trans Union will respond to the complaint no later than July 27, 2026.

1

2

Date: July 2, 2026

Respectfully submitted,

_s/ Justin T. Walton_

Justin T. Walton, Esq. (#330163)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  317-902-9640
E-Mail:  justin.walton@transunion.com

*Counsel for Defendant Trans Union, LLC*


_/s/ Richard H. Kim (As Authorized on_
_7/2/2026)_
Richard H. Kim, Esq.
The Kim Law Firm, LLC
1515 Market Street, Suite 1200
Philadelphia, PA 19102
P. (855) 996-6342
rkim@thekimlawfirmllc.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the **2nd day of July, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Richard H. Kim, Esq.<br>rkim@thekimlawfirmllc.com | Mohammad A. Ghiasuddin, Esq.<br>mghiasuddin@margolisedelstein.com |
|---|---|
| Joseph C. Proulx, Esq.<br>jproulx@mgl.law | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of July 2026**, properly addressed as follows:

| None. | |
|---|---|

*s/ Justin T. Walton*
Justin T. Walton, Esq. (#330163)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  317-902-9640
E-Mail:  justin.walton@transunion.com

*Counsel for Defendant Trans Union, LLC*

3