**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

CHRISTOPHER LEE LAVEZZO,                          CASE NO:  2:26-cv-02982-JHS
                   Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES,
LLC; TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., and
I.C. SYSTEM, INC;
                   Defendants.

**TRANS UNION LLC'S**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Defendant Trans Union LLC** makes the following disclosure:

☐　　The nongovernmental corporate party, Trans Union LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒　　The nongovernmental corporate party, Trans Union LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock.

Parent Corporation:  **TransUnion Intermediate Holdings, Inc. and TransUnion**

Publicly held company that owns ten percent (10%) or more of the corporation is as follows:

**TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock:  Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU.  Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock.**

Respectfully submitted,


*s/ Justin T. Walton*
Justin T. Walton, Esq. (#330163)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  317-902-9640
E-Mail:  justin.walton@transunion.com

*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the **2nd day of July, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Richard H. Kim, Esq. rkim@thekimlawfirmllc.com | Mohammad A. Ghiasuddin, Esq. mghiasuddin@margolisedelstein.com |
| Joseph C. Proulx, Esq. jproulx@mgl.law | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of July 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/ Justin T. Walton*
Justin T. Walton, Esq. (#330163)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  317-902-9640
E-Mail:  justin.walton@transunion.com

*Counsel for Defendant Trans Union, LLC*