IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE LAVEZZO,

        Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

        Defendants.

CIVIL ACTION
NO. 26-2982

## ORDER

**AND NOW**, this 6th day of July 2026, upon consideration of Defendant Trans Union LLC's Stipulation to Extend Time to Respond to the Complaint (Doc. No. 13), it is **ORDERED** that the Stipulation to Extend Time to Respond to the Complaint (Doc. No. 13) is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. Defendant Trans Union LLC shall file its response by July 27, 2026.

        BY THE COURT:


        /s/ Joel H. Slomsky
        JOEL H. SLOMSKY, J.

1