**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| CHRISTOPHER LEE LAVEZZO,<br><br>      Plaintiff,<br>   v.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC, TRANS UNION, LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC., and I.C.<br>SYSTEM, INC.,<br><br>      Defendants. | Case No: 2:26-cv-02982-JHS |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Corey J. Calpin, Esquire, of the firm Clark Hill PLC,

hereby enters his appearance as counsel of record on behalf of Defendant Equifax Information

Services, LLC.

Dated:     July 6, 2026

Respectfully submitted,

**CLARK HILL PLC**

*/s/ Corey J. Calpin*
Corey J. Calpin, PA ID # 329239
Two Commerce Square
2001 Market St, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8539
Fax: (215) 640-8501
ccalpin@clarkhill.com
*Counsel for Defendant,*
*Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.


Dated:    July 6, 2026                              */s/ Corey J. Calpin*
                                                     Corey J. Calpin, Esquire