**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTOPHER LEE LAVEZZO,<br><br>       Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>TRANS UNION, LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC., and I.C.<br>SYSTEM, INC.,<br>       Defendants. | Case No. 2:26-cv-02982-JHS<br><br>Rule 7.1 Disclosure Statement of Defendant<br>Equifax Information Services, LLC |

**DISCLOSURE STATEMENT OF DEFENDANT EQUIFAX INFORMATION
SERVICES, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant Equifax Information Services, LLC ("Equifax"), by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1, states that Equifax is a wholly-owned company of Equifax Inc., which is a publicly traded company on the NYSE. No other entity owns 10% or more of Equifax's stock.

Dated:    July 6, 2026

Respectfully submitted,

**CLARK HILL PLC**

*/s/ Corey J. Calpin*
Corey J. Calpin, PA ID # 329239
Two Commerce Square
2001 Market St, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8539
Fax: (215) 640-8501
ccalpin@clarkhill.com
*Counsel for Defendant,*
*Equifax Information Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated:    July 6, 2026

*/s/ Corey J. Calpin*
Corey J. Calpin, Esquire